**Rodney Victor HARRIS, Plaintiff— Appellant,**

v.

**Thomas W. GAUTIER, Jr., Chief of Police of the Town of Narrows; Don E. Richardson, The Mayor of Narrows, Virginia; the Town Council of Narrows, Virginia, Defendants—Appellees.**

No. 03–7844.

United States Court of Appeals, Fourth Circuit.

Submitted April 23, 2004.

Decided May 11, 2004.

Rodney Victor Harris, Appellant pro se. William Bradford Stallard, Penn, Stuart & Eskridge, Abingdon, Virginia, for Appellees.

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodney Victor Harris appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint without prejudice under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny Harris's motion for a continuance and dismiss the appeal on the reasoning of the

* We also deny as moot Appellees' motion to

district court. *See Harris v. Gautier*, No. CA–03–561–7 (W.D.Va. Nov. 6, 2003).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*

dismiss the appeal under 4th Cir. R. 45.